Filing # 109615915 E-Filed 06/30/2020 03:18:18 PM

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA.

CASE NO.:

DIVISION:

TARESA L. MANLEY,

    Plaintiff,

v.

TARGET CORPORATION, a foreign corporation, d/b/a TARGET STORES,

    Defendants.

_____/

## COMPLAINT

Plaintiff, TARESA L. MANLEY, sues Defendant, TARGET CORPORATION, a foreign corporation, d/b/a TARGET STORES (Target), and states:

1. This is an action for damages that exceed $30,000.00.
2. Plaintiff, Manley, is an individual who resides in Duval County, Florida.
3. Defendant, Target, which at all material times conducted business in the State of Florida and is subject to jurisdiction in Florida as it committed a tort in Florida.
4. On July 12, 2016, Defendant, Target, was the owner and operator of Target Store 1921 located at 13740 Beach Blvd, Jacksonville, FL 32224-1208, in Duval County Florida.
5. On that date, Plaintiff, Manley, went onto Defendant, Target's, premises to shop when she was caused to slip and fall as a result of water or some other clear color substance on the floor near the cash registers.
6. Defendant knew, or, in the exercise of reasonable care should have known, of the condition, or Defendant created the condition either through the acts of its employees, in

1

its negligent maintenance of equipment, or in its negligent method of operation, and Defendant should have corrected the condition or warned Plaintiff of its existence.

7. As a result of the negligence of the Defendant, Plaintiff suffered permanent bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care, treatment, and loss of earnings of loss of ability to earn money. As the injuries are permanent, Plaintiff will continue to suffer losses and impairment in the future.

WHEREFORE, Plaintiff demands judgment for his damages as shown by the proofs herein, against the Defendants, jointly and severally, and further that this Court award pre-judgment interest on all liquidated damage amounts, and post judgment interest on all other elements of damages, together with costs of this action, and such other and further relief as this court may deem proper.

### DEMAND FOR JURY TRIAL

Plaintiff, TARESA L. MANLEY, demands a trial by jury on all issues triable.

DATED this __30th__ day of June, 2020.

**WOODLIEF & RUSH, P. A.**

__/s/ Mitchel E. Woodlief__
MITCHEL E. WOODLIEF, ESQ.
Florida Bar No: 367036
225 E. Church Street
Jacksonville, Florida 32202
Attorney for Plaintiff
(904) 353-7511
(904) 354-1319 fax
jax@woodliefandrush.com
*Attorney for Plaintiff*